# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES CASTON, et al., | 2:07-CV-251 JCM (LRL) |
| Plaintiffs, | |
| v. | Date: N/A<br>Time: N/A |
| SUPREME COURT OF THE UNITED STATES, et al., | |
| Defendants. | |

**ORDER**

Presently before the court is the findings and recommendations (#2) of United States Magistrate Judge Leavitt recommending that plaintiff's complaint be dismissed based on an indisputably meritless legal theory and frivolousness. On February 27, 2007, plaintiff filed a complaint against defendant, Supreme Court of the United States, among others (#1). On June 14, 2007, Magistrate Judge Leavitt submitted his findings and recommendations to dismiss the complaint with prejudice (#2) under 18 U.S.C. § 1915(e), as legally "frivolous or malicious." 18 U.S.C. § 1915(e). No objections have been filed.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Leavitt's
2 findings and recommendations (#2) be, and the same hereby are, AFFIRMED in their entirety. The
3 clerk shall enter judgment accordingly.
4    DATED this 13th day of July, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -